**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SAHAB SINGH,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE ADELANTO ICE, et al.,<br><br>Respondents. | Case No. 5:26-cv-04169-DTB<br><br>**J U D G M E N T** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and a writ of habeas corpus shall be issued requiring Respondents to immediately release Petitioner Sahab Singh (A# 246-245-900) from custody, subject to the same conditions (if any) that he was subject to at the time he was arrested and re-detained.

Respondents are ordered to return all property confiscated from Petitioner during his arrest and processing into detention.

Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-detaining Petitioner without notice and a pre-detention hearing before a neutral

arbiter at which the government bears the burden of proving that Petitioner is a flight risk or danger to the community.

Respondents are ordered to file a status report within two (2) business days to confirm that Petitioner has been released from custody pursuant to the Order Granting Petition for Writ of Habeas Corpus.

DATED: August 10, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE